# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WHITAKER, | 1:11-cv-01680-AWI-MJS (HC) |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE |
| v. | |
| TIM VIRGA, Warden, | (Doc. 10) |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 23, 2012, the Magistrate Judge issued a Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED without prejudice as duplicative of Case No. 1:11-cv-01252-LJO JLT, which is proceeding in this court. This Findings and Recommendation was served on Petitioner with notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.  On April 16, 2012, Plaintiff filed a response to the court's prior inquiry of whether this action was duplicative, and Plaintiff confirms that the documents filed in this action were intended to be filed in Case No. 1:11-cv-01252-LJO JLT.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Accordingly, having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is

1  supported by the record and proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The Findings and Recommendation issued January 23, 2012, is ADOPTED IN FULL;

5  2. The Clerk of the Court is DIRECTED to file a copy of this order and all documents filed after the Findings and Recommendations were issued on January 23, 2012, in Case No. 1:11-cv-01252-LJO JLT;

8  3. Petitioner is reminded to clearly write Case No. 1:11-cv-01252-LJO JLT on all additional documents concerning the allegations in this petition;

10  4. The Petition for Writ of Habeas Corpus filed in this action is DISMISSED without prejudice; and

12  5. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  April 26, 2012

CHIEF UNITED STATES DISTRICT JUDGE