# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WHITAKER, | Case No.: 1:11-cv-01252-LJO-JLT |
| Petitioner, | ORDER REQUIRING PETITIONER TO FILE A RESPONSE |
| v. | |
| WARDEN VIRGA, | THIRTY DAY DEADLINE |
| Respondent. | |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## PROCEDURAL HISTORY

Petitioner filed his petition on July 29, 2011.  (Doc. 1).  Because only two of the four grounds for relief in the original petition were exhausted in state court, Petitioner filed a motion to stay proceedings while he exhausted the unexhausted claims.  (Doc. ).  On September 30, 2011, the Court granted Petitioner's motion, stayed the proceedings pending exhaustion, and directed the Clerk of the Court to administratively close the case.  (Doc. 9).  That order required that Petitioner file regular status reports every sixty days to inform the Court of the status of Petitioner's exhaustion efforts.  It also required that, when Petitioner's claims were finally exhausted, he must notify the Court within thirty days and either withdraw the unexhausted claims or advise the Court that the unexhausted claims had been exhausted.

The Court has accessed the California court system's electronic database and determined that, in case no. S198114, the California Supreme Court denied Petitioner's habeas corpus petition on July 18, 2012. More than thirty days have elapsed since that denial, yet Petitioner has not informed the Court of this essential fact, as required by the Court's order of September 30, 2011. By this order, Petitioner is ordered to file a response indicating the status of his exhaustion efforts within thirty days. If all issues are now exhausted, the case will be administratively opened and, if all exhausted claims survive screening, Respondent will be ordered to respond to the merits of Petitioner's claims.

## ORDER

Accordingly, it is HEREBY ORDERED as follows:

1. Petitioner is ORDERED to file, within thirty days of the date of service of this order, a response to the instant order notifying the Court whether the exhaustion process is complete.

Petitioner's failure to comply with the Court's order may result in a Recommendation that the petition be dismissed.

IT IS SO ORDERED.

Dated:   **September 7, 2012**              /s/ **Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE