1

2

3

4

5

6              **UNITED STATES DISTRICT COURT**

7              **EASTERN DISTRICT OF CALIFORNIA**

8

9

10

11   MARCUS WHITAKER,                          ) Case No.: 1:11-cv-01252-LJO-JLT
                                               )
12              Petitioner,                    ) ORDER GRANTING PETITIONER'S MOTION TO
                                               ) WITHDRAW UNEXHAUSTED CLAIMS
13        v.                                   )
                                               ) (Doc. 46)
14   WARDEN VIRGA,                             )
                                               )
15              Respondent.                    )
                                               )
16   _____ )

17        Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.

19                          **PROCEDURAL HISTORY**

20        Petitioner filed his petition on July 29, 2011.  (Doc. 1).  The petition contained the following

21   four grounds for relief: (1) The admission of prior instances of misconduct at trial violated Petitioner's

22   right to due process; (2) the jury instruction regarding how the jury is to consider a common plan or

23   scheme violated Petitioner's right to a fair trial; (3) instructing the jury with CALCRIM No. 207 was

24   error; and (4) the conviction was obtained with the use of coerced confessions in violation of the

25   federal constitution.  (Doc. 1).  Because only two of the four grounds for relief in the original petition

26   (i.e., grounds one and two), were exhausted in state court, Petitioner filed a motion to stay proceedings

27   while he exhausted the unexhausted claims.  (Doc. 3).  On September 30, 2011, the Court granted

28

1    Petitioner's motion, stayed the proceedings pending exhaustion, and directed the Clerk of the Court to

2    administratively close the case.  (Doc. 9).

3            Subsequently, apparently, Petitioner exhausted two claims for ineffective assistance of counsel

4    not presented in the original petition and then sought to amend the petition to include those new

5    claims.  On November 9, 2012, Petitioner filed a first amended petition containing the new claims, but

6    omitting any of the claims in the original petition.  (Doc. 23).  The Court ordered Respondent to file a

7    response, without understanding that, through an apparent miscommunication, Petitioner wished to

8    only add the new claims to those in the original petition, not to proceed only on those new claims.

9    Respondent filed a motion to dismiss the new claims as untimely on March 26, 2013.  (Doc. 33).

10           The Court, recognizing that the new claims were clearly untimely and that, as a result of the

11   ongoing miscommunication, Petitioner had unintentionally forfeited his exhausted claims in the

12   original petition, issued an order on August 16, 2013, withdrawing the order to respond to the first

13   amended petition, disregarding the motion to dismiss, and ordering Petitioner to file a motion to

14   withdraw the unexhausted claims from the original petition in order to proceed on the original

15   petition's exhausted claims.  (Doc. 43).  After several extensions of time, Petitioner, on October 17,

16   2013, filed the instant motion to withdraw his unexhausted claims.  (Doc. 46).

17                                              **ORDER**

18           Accordingly, it is HEREBY ORDERED as follows:

19      1.  Petitioner's motion to withdraw unexhausted grounds three and four in the original petition

20          (Doc. 46), is GRANTED.

21      2.  The case will proceed on the exhausted grounds one and two in the original petition.

22      3.  The Court will order a response to those claims in the original petition by separate order.

23

24   IT IS SO ORDERED.

25      Dated:   **February 18, 2014**                    **/s/ Jennifer L. Thurston**
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28